UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

          Plaintiff,

  v.

RUNNELS et al,

          Defendant.

Case Number: CV04-05072 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David H. Rose
State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Paul David Johnson P-80888
Solano State Prison
2-12-200 upper
Vacaville, CA 95696-4000

Dated: March 16, 2007

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk